# United States District Court
## Northern District of Illinois
### Eastern Division

TIMOTHY YANTZ

v.

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

Case Number: 12 C 2931

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment [13]is DENIED, and Defendant's Motion for Summary Judgment [21] is GRANTED. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is affirmed. Civil case terminated.

Thomas G. Bruton, Clerk of Court

Date: 8/29/2013

/s/ Gloria Lewis, Deputy Clerk